UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VERNON McNEAL, | No. C 11-2652 PJH (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| J. RUSH and D. SPENCER, | |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. The clerk sent him a notice that his application to proceed in forma pauperis ("IFP") was deficient because he had not included a Certificate of Funds in Inmate Account, page five of the form application, and a printout of transactions in his prisoner account for the last six months, as required by 28 U.S.C. 1915(a)(2). He has not responded.

Because plaintiff has not provided the IFP materials or paid the filing fee, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: July 18 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.11\MCNEAL2652.DSM-IFP.wpd